

BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    1:13-CR-086 AWI/BAM
                                    )
           Plaintiff,               )
                                    )    ORDER RE: MOTION TO UNSEAL
       v.                           )    INDICTMENT
                                    )
MAXIMILANO SANCHEZ,                 )
                                    )
           Defendants.              )
_____)

   Pursuant to the motion by the United States, IT IS HEREBY
ORDERED that the Indictment filed on March 7, 2013 be unsealed.

DATED: 3/20/13                      _____
                                    U.S. MAGISTRATE JUDGE

2