(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant,
MAXIMILIANO SANCHEZ, JR.

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIMILIANO SANCHEZ, JR.,<br><br><br>Defendants. | Case No: **1:13-CR-00086–LJO SKO**<br><br>**STIPULATION TO CONTINUE MOTION HEARING AND EXTEND BRIEFING SCHEDULE AND ORDER.** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Motions hearing currently scheduled for Monday, March 31, 2014, at 1:30 p.m., be continued to **June 2, 2014**, at 1:30 p.m., or as soon thereafter as is convenient with the court's calendar, and the briefing schedule be continued as follows:

        Opposition/Response to be filed on or before **May 13, 2014**

        Replies to be filed on or before **May 24, 2014**

This continuance is requested by counsel for Defendant SANCHEZ, due to the fact that counsel for Defendant and the Government are in the process of trying to negotiate a resolution of the case.  Attorneys are waiting for records from the California Department of Corrections.

1

Counsel for Defendant has spoken with Assistant U. S. Attorney, Laurel Montoya, who has no objection to this continuance.

The parties agree that time shall be excluded from the filing of the motions through the hearing date on June 2, 2014, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: March 7, 2014.

    /s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
MAXAMILANO SANCHEZ

Dated: March 7, 2014.

    /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, the Motion for Disclosure of Government Informants currently set for March 31, 2014, is CONTINUED to June 2, 2014, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **March 10, 2014**                **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE