# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff-Respondent,<br><br>　v.<br><br>MAXIMILIANO SANCHEZ,<br><br>　　　　　　Defendant-Petitioner. | CASE NO. 1:13-CR-0086-LJO-SKO<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(ECF NO. 44) |

On December 15, 2016, Defendant-Petitioner Maximiliano Sanchez ("Defendant") filed a request that this Court appoint counsel to represent him in a motion to reduce his sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("§ 3582"). ECF No. 44. Pursuant to Eastern District of California General Order 546, the Court now appoints the Federal Defender's Office ("FDO") to represent Defendant in a motion seeking relief under § 3582. From the filing date of this order, the FDO **SHALL** have **60 days** to file notice that it intends to proceed with representing Defendant in a § 3582 motion, or, whether it declines to file a supplement. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

　　Dated:　**December 19, 2016**　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE